PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE _SOUTHERN___ DISTRICT OF TEXAS
_____ DIVISION

United States District Court
Southern District of Texas
**FILED**

MAY 1 0 2016

**David J. Bradley, Clerk of Court**

_Kevin Alberto Porter - 01566507_____
Plaintiff's Name and ID Number

_1200 Baker Street 6C-1 Houston, TX 77002 Harris County Sheriff Office._
Place of Confinement

CASE NO._____
(Clerk will assign the number)

v.

_Harris County Sheriff's Office 1200 Baker Street, Houston, TX 77002_
Defendant's Name and Address

_Harris County Sheriff's Office 701 San Jacinto Houston TX 77002_
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form**.

1.   To start an action you must file an original and one copy of your complaint with the court.  You should keep a copy of the complaint for your own records.

2.   Your complaint must be legibly handwritten, in ink, or typewritten.  You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct.  If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.**  ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.   You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure.  Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.   When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred.  If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID),  the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND _IN FORMA PAUPERIS_ (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "...if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.   PREVIOUS LAWSUITS:

   A.   Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? _X_ YES ___ NO

   B.   If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
   1.   Approximate date of filing lawsuit: _04-04-16_
   2.   Parties to previous lawsuit:
        Plaintiff(s) _Kevin Alberto Porter_
        Defendant(s) _The United States of America_
   3.   Court: (If federal, name the district; if state, name the county.) _United States Court of Federal Claims, Washington, DC CAPITAL DISTRICT._
   4.   Cause number: _16-426 C_
   5.   Name of judge to whom case was assigned: _Honorable Sr. Judge Coren A. Smith_
   6.   Disposition: (Was the case dismissed, appealed, still pending?) _Dismissed for lack of subject matter jurisdiction._
   7.   Approximate date of disposition: _04-14-16_

II.   PLACE OF PRESENT CONFINEMENT: _1200 Baker Street 6C-1 Houston, TX 77002_

III.   **EXHAUSTION OF GRIEVANCE PROCEDURES:**

Have you exhausted all steps of the institutional grievance procedure? _X_ YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.   **PARTIES TO THIS SUIT:**

A. Name and address of plaintiff: Kevin Alberto Porter - 01566507   1200 Baker Street 6C-1 Houston, TX 77002.

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Harris County Sheriffs' Office Commissary Worker (name unknown) 701 San Jacinto Houston, TX 77002. Seventh Floor.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

This man placed what I deemed to be a verbal organize "hit" on me, to gang affiliated Inmates.

Defendant #2: Two employee's of the Harris County Sheriffs' Office, 1200 Baker Street Houston, TX 77002 Second Floor.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

These defendant's stood by and watched while me and another inmate was being hit with a broom stick.

Defendant #3: Jim Washington - Detention Officer - Harris County Sheriffs' Office - 1200 Baker Street Houston, TX 77002, Second Floor

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

This officer choked me while I was in hand-cuffs with his forearm. He refused to help me get medical treatment.

Defendant #4: Dr. Henson - Head Nurse (possibly) - Harris County Sheriffs' Office Clinic - 1200 Baker Street Houston, TX 77002, First Floor.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

This person lied on me saying 1st "I wanted to kill myself". 2nd "I take medication for two pshycotic disorders".

Defendant #5: Harris County Sheriffs' Office - Classification Department - 1200 Baker Street Houston, TX 77002 - First Floor.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

They allowed an suicidal inmate by the name of "Sanchez" to be mixed in with me. He tried to kill himself in front of me. Plus, the Sheriff Office allowed him to get hold of a open razor.

V.   **STATEMENT OF CLAIM:**

3

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On 09-29-15 at or around 7:30am a verbal organized "hit" was placed on me, by a Harris County Sheriff's Office Commissary Worker. A male weighing about 320 pounds wearing a female wig. Was accompanied by two females. All of them working for the Harris County Sheriff's Office Commissary. The male ordered "everyone too get ready for commissary." He said this at 701 San Jacinto Houston, TX 77002, 7E1 (x-cell). He then repeated himself. I took longer than usual, because of my indigent status. When I heard this man tell some gang affiliated inmates downstairs "Pootee-507". In a low and unusual voice. I walked out of my cell, when an inmate asked me, "hey you order an indigent package"? I said, "yes." When, I recognized the male out of the bunch. I went to recieve my commissary, but this man acted like he never said my name and last three of my sph. He had nothing for me, no paperwork, no indigent package and worst of all no commissary for me. So I waited and waited, until one of the females who normally calls my name for commissary called me, finally. Now, this was crude and very unusual to me. I'm now living in fear, anger, stress and feeling mental anguish pains, behind this man and his actions.

VI.   **RELIEF:**

State briefly exactly what you want the court to do for you.   Make no legal arguments.   Cite no cases  or statutes.

I want understanding, to why he choose me. I want security that I am in no immendent danger. I want monies for protection from this man since he may act out OR retaliate cause of this suit against him. I want monies for this mental abuse that I carefully. I want safely for my witness as well. Kevin. P.

VII.   **GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Kevin Alberto Porter; Porter, Cali, Shadow, Boy, KAP4-Life, And Fuzzy.

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

Harris County Sheriff's Office number 01560507, TDCJ (unknown to me) Federal prison (N/A) FBI numbers (N/A).

VIII.   **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?   ____YES  ✗ NO

B. If your answer is "yes," give the following  information for every lawsuit in which sanctions  were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____

2. Case number:_____

3. Approximate date sanctions were imposed:_____

4. Have the sanctions been lifted or otherwise satisfied?   ____YES ____NO

C. Has any court ever warned or notified you that sanctions could be imposed?          _____ YES  X NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1. Court that issued warning (if federal, give the district and division): _____

    2. Case number:_____

    3. Approximate date warning was issued:_____

Executed on: _05-03-16_
            DATE

                                                      Kevin A. Porter
                                                      (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

    1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

    2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

    3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

    4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

    5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___03rd___ day of _May_____, 20 _16_ .
              (Day)                (month)       (year)

                                                      Kevin A. Porter
                                                        (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

**GROUND ▉▉▉:**

**1.** On 10-21-15 in 2E-2B of 1200 Baker Street Huston, TX 77002, Harris County Sheriff's Office, I was assulted by an inmate with a broom stick, while guards stood by and watched.

**FACTS SUPPORTING GROUND ▉▉▉:**

I was involved in a fight with an inmate by the name of "Munoz". He was threatning a nurse with a broom stick. He woke-up inmate "Larry Hill" from a nap. Larry Hill asked him " to stop hitting the table with the broom stick." & Inmate Munoz then turned the assult from the table, to inmate Larry Hill. After a few hits of the broom stick and a couple of hard blows to the chest by inmate Munoz foot. On the elderly, handicap gentleman, I decided to step-in and try to save Mr. Hill from the near death experience. Which, in doing so, I to was hit with the broom stick in the head a few times and ended up hurting the tip of my back left top rib. In an attempt to disarm Inmate Munoz of his weapon. While the whole time from when Mr. Hill was being attacked to when I got up off the floor, two guards just stood there waiting and watching the fight.

— Relief 2 — I want monies to take care of any future medical bills that may arise out of nowhere cause of this injury. I want monies for any accidents that may occur out of nowhere cause of this. I want monies for protection and security, since the guards may try to retaliate cause of this suit against them. I want the guards to be punished for their part of just watching the fight and getting paid for it. When they should've been helping me disarm inmate Munoz, and keeping the peace. Kevin A. Porter

LL037

**GROUND** ████:

③          On 10-21-15 in 2E-2B of 1200 Baker Street Houston, TX 77002, Harris County Sheriff Office. I was choked by Detention Officer Jim Washington, while standing in hand-cuffs.

**FACTS SUPPORTING GROUND** ████:

At or around 11:00pm. I asked a Detention Officer (Parish I believe) for help, with getting medical assistance. From a fight that I was involved in earlier that day. I was told, "You have to wait until after count time". When count cleared, I asked another Detention Officer (Jim Washington) if I could get escorted down to medical for what felt like a broken rib tip. From where I landed into a corner of a steel bunk bed. During a fight I had with an inmate with a broom stick. I told Detention Officer Washington, that his partner told me, "That he will take me down after count has cleared". But, Detention Officer Parish was on break, when count had cleared. So when Detention Officer Washington said, "I don't think he said that"! We got into a verbal arguement, "basically,", He threaten to kick my ass. Detention Officer Parish returns from his break. He starts to escort me down to medical. While assuming the position, for the hand-cuffs to be placed on, Detention Officer Washington comes out of the control P.O.D. Tells me to, "talk that SHIT now"! Confronts me face to face. I move out of his way, I allow Officer Parish, to place me in hand-cuffs. Detention Officer Washington tells him, "No"! "Don't let him go yet"! then he places his forearm under my chin, on my throat. For around four to five seconds, pushing as hard as he could against the wall. I get scared and nervous and start to pull away, I walk toward the main hallway, pulling him with me as he grips my hand-cuffs that are on the base of my back. When he realizes that he hit the main hallway, he let's go of the cuffs, I'm then escorted down to medical. 15 minutes later or so, He stalks me down in the clinic, tells the x-ray tech a few choice words, I'm then given an x-ray of my chest

**GROUND ~~▮▮▮▮▮~~:**

③. Instead of my left back side. For three days straight after the fight he stalks me down to tri-age, making sure that I don't report him to the nurse on duty.

**FACTS SUPPORTING GROUND ~~▮▮▮▮▮~~:**

Relief 3 – I want Detention Officer Washington fired, so this doesn't happen to anyone else. I want monies for protection and security, since Detention Officer Washington may decide to re-taliate against me cause of this suit. I want protection for my imminent safety. I want him to learn from his mistakes. Kim A. Porter

④. On 12-10-15 in the clinic of 1200 Baker Street Houston, TX 77002, Harris County Sheriff's office at or around 12:30pm. I was lied apon, misdianos, and a victim of malepractice.

I went downstairs to the clinic for a blood pressure check. After having my pressure checked it came back high. That's when a doctor "Peters" was giving me advice on why I should take the medication. But, she's not listening or understanding. I don't like to, cause it feels like it's against my religon. And that I only take it when I see fit. So she gets concern and tries to have me moved to the infermery. So she ask the head nurse "Dr. Henson". Dr. Henson tells her, "You can't move him to the infermery, they are full. Just do this, say that he wanted to "KILL" himself and they will move him to the second floor. They will observe him over there". Not knowing that, I was sitting about twenty feet away or so. Listening to their whole conversation. I get so upset and yell out, " Hey "! " You know I'm sitting right here listening to you all talk about me "? And I heard that lie you just told, I never said that"! Dr.

**GROUND** ▮▮▮▮:

④. Henson, then asks Dr. Peters, "Is that the patient right there"? Dr. Peters then says, "Yes". Dr. Henson then tries to have me removed from the clinic, but the

**FACTS SUPPORTING GROUND** ▮▮▮▮:

other nurses wouldn't allow it. Cause, I was waiting to speak with the pshyic doctor. When, I spoke with the pshyic doctor, they informed me that Dr. Henson told them, "That she can't locate my medical history right now, but I take "two medications" for pshyicotic disorders." Now, when I heard this, I had to explain to the pshyic doctor, that I've never taken any kind of medication ever in my life. I then asked them to look up my x-rays, that I've taken some time back, they saw them. I then explained that my medical history wasn't losted. Dr. Henson was lying on me, to get me to take two pshyicotic medications that I don't need. Because, I caught her lying to Dr. Peters. Also to make me look crazy.

— Relief 4 - I want Dr. Henson fired for her malepractice and misdianoses. I want Dr. Peters to be repremanded for about to agree with Dr. Henson devious acts. I want to make sure this doesn't happen to any other inmate, if this is how they are treating their patients. I want monies for protection and security, since both of them may decide to retaliate after the filing of this suit. I want monies for deformation of character. I want monies for misdianos of two pshyicotic disorders, where I was almost forced or mental punished to take, Especially if I'm forced to TDCJ. I want Dr. Henson to have criminal charges pressed against her for her actions. Kevin A. Porter

⑤. On 01-07-16 in 1200 Baker Street Houston, TX 77002, 5A2A, Harris County Sheriff's Office. A inmate by the name of "Sanchez" tried to commit suicide in front of me. ≈ Inmate Sanchez somehow got a hold of an open razor, and slit his wrist with this razor.

**GROUND:**

⑤. I've never witness anyone ever in my life, trying to seriously take their own life before. This was very frighting, strange, and highly unusual to me. I feel that the

**FACTS SUPPORTING GROUND:**

Harris County Sheriff's Office is to blame for this. For allowing suicidal people to mix with non-suicidal people. For allowing suicidal people to get a hold of a open face razor (a weapon), and use it on them selves. For not doing a more intensive investigation into that person's back ground. I've wrote grievance after grievance explaing, that they've classified me wrongly. That I should be inside of a protective custody cell and not the mental ward. I've never witness that much blood flow and drip from someones wrist before. I don't like it, and wish I've never witness that.

Relief 5 - I want monies for protection and security. Since the Harris County Sheriff's Office may decide to retaliate cause of this suit. I want to be moved to protective custody so I won't be mixed in with those type of people, I want them to do a better job of screening people for suicidal tendecy. I want monies for mental anguish of having to sleep next to a guy like that, who's to say? On his way, blacking out. That he wouldn't have turned that razor on me while I slept, I want someone to justify, why anyone would do that to themselves? Kevin A. Porter

⑥. On 02-17-16 in 1200 Baker Street Houston, TX 77002, 6c-1, Harris County Sheriffs Office. A blond headed nurse asked Detention Officer Rodriquez, to forge my signature on a medical refusal sheet. On or about 12:30pm a blond headed woman asked me to sign a medical refusal sheet, I said

**GROUND ████:**

⑥. "No." The reason being is because, every since October or so, I've signed these refused sheets, and they continue to call me. Even though I've refused over

**FACTS SUPPORTING GROUND ████:**

an estimated one-hundred times. So this particular day. The nurse tells me, "Since you refused in front of two people, we can sign your name." Now, I don't care how many people, I refuse in front of, No one has the right to sign my name. Now, she told, Detention Officer Rodriguez the same thing and that she could sign the refusal sheet for me. Now, when this happen On 2-17-16. They forged my name. But, since I had to write a legal grievance on the situation, before I could file a law suit. They've made the legal changes, to hide their mistakes. Since, I've warned them they're now signing the refusal correctly. This is after I put in three separate grievances on three separate occassions. Now, nurses that never-ever met me in their life, knows about me, how I catch them in their mistake and careless acts. And are aware how I write grievances on the medical department. So now my proof proof has been altered, but I'm still bringing this to the courts attention. Because, I was wronged and I want to help the next person.

→ Relief 6- I want to make sure this forgery stops in the Harris County, Sheriffs Office. I want monies for protection and security, Since both of them may decide to retaliate on me, after the filing of this law suit. I want to make sure that no other inmate has to go through this. I want them repremanded for their actions. Kevin A. Porter

LL037

**GROUND ████:**

⑦. On 02-21-16 in 1200 Baker Street Houston, TX 77002, 6C-1. A bald headed African or Jamaican male forged my name on a medical refusal sheet.

**FACTS SUPPORTING GROUND ████:**

On or around 8:00am a male nurse and female guard, Hunted me down, when they found me they told me that "I needed to go to tri-age to sign a medical refusal sheet." I told them, "No"! That's when they (the female guard) asked if they "could sign my name"? I said, " No, you don't have my premisson to sign my name". After, that they both left the cell. I waited about 5 seconds or so and got out of my bunk and looked into the hallway door. I notice the male standing alone signing the refusal sheet. I yelled " Hey"! "Quit signing my name"!

— Relief 7 – I want monies for protection and security. Since they both may decide to re- taliate after the filing of this law suit. I want them to be punish for their actions, mainly, the male nurse. I want to make sure this doesn't happen to any other inmate this [A.P.O.]

⑧. On 03-02-16 1200 Baker Street Houston, TX 77002, 6C-1. Two guards came into the dorm, hunting me down to sign a medical refusal sheet.

On or around 8:00am two guards found me trying to sleep under my blankets. One particular guard keep tapping me on the shoulder. Ordering me to get up and go to medical. then threaten to put me in restrains, if I didn't get up. I looked out from under my blankets and yelled, "So what's I'm not signing nothing"! That's when they left me alone. I'm assuming that they too forged my name on the refusal sheet.

— Relief 8 – I want monies for protection and security. Since they both may decide to retaliate after the filing of this law suit. I want Insurance that my name is not being mistreated. I want

**GROUND ▮▮▮▮:**

-Relief 8- to make sure that they stop forging peoples names in the Harris County Sheriff Office. I want to make sure this happens to no other inmates. Kevin L. Paul

**FACTS SUPPORTING GROUND ▮▮▮▮:**

(9). On 01-22-16 in 1200 Baker Street Houston, TX 77002, S.A.J.A. I was lied too by the Harris County Sheriff's Office Law Library.

On or around 1:35pm, I was told that "law library was closed for the day." The day before a woman that pushes the cart around, with all the paperwork. Informed me, "that she would be returning the next day". With the materials and items that I requested. She never showed up, until about 4 to 5 days later. After, I had already filed a grievance on her for lying to me, about coming back the following day. Now this in its self is highly un-usual. If I'm schedule for the law library on a particular day? Why, do I not get my materials, until the next day? Why not just schedule me for that day, instead? Now, if I had court any time between when she said, "she would return". Until, the time she returned. I would've been messed over, cause I wouldn't have gotten the ~~matter~~ material I needed to help me with my case. And it would've been her fault and not mines. This particular law library seems to always give out the material that they want you to have and not ~~why~~ what you ask for. I've recieved piles upon piles of worthless paperwork pertaining to my case.

-Relief 9- I would like to see a new law library worker, who doesn't mind giving you what you ask for. I want monies for protection and security. Since she and her co-workers may decide to retaliate, on me behind this law suit. I want inmates to get

**GROUND ███:**

⑨. the help they expect and deserve when coming to the law library. I want

to make sure that they do their job like their pose to. I want monies for all the

**FACTS SUPPORTING GROUND ███:**

mental anguish this law library, has cause me. ~Kevin A. Porter~

⑩. On or around 06-02-15 in 701 San Jacinto 4E-2 Houston, TX 77002, Harris

County, Sheriff's Office. A uncover sheriff, posing as an inmate punched me in the head

and mutilated me, by giving me what he calls a "Hook Tattoo".

At or around 12:00pm an uncover sheriff by the name "Miller" punched me, Cause,

I've been bugging him to do a tattoo, that I've Paid him two weeks prior. How do I

know that this man works for the Harris County Sheriff's Office? Cause, I've passed

him in the hallway. Many years ago when he was in full uniform. I never forget a face.

Well, I protected his secret cause, I understand it's just a job for some people

and everyone gots to eat and feed their family. But, I don't appreciate this

man who works for the state doing what he calls, "hook tattoos". He put one

on me and one on another person. Now, I don't appreciate the state mutilating

people. This type of behavior needs to be corrected and stopped.

– Relief 10 – I want monies for protection and security. Since, he and every other uncover

sheriff may decide to retaliate on me cause of this law suit, I want monies to fix my

"hook tattoo". I want monies for the mental anguish cause by this man for messing-up my

religious tattoo. I want uncover sheriff's to stop acting like their real criminals. I want

this never to happen to anyone else again. ~Kevin A. Porter~

⑪. On 02-22-16 in 1200 Baker Street Houston, TX 77002, 6C-1. A guard aloud a very large male

**GROUND:**

(1) With bad hygene habits to hand out the food. When this person is a non-trustee, On or about lunch time or dinner most likely lunch time, A light skinned male guard

**FACTS SUPPORTING GROUND:**

with a tapered hair cut, About an non-trustee male to pass out the food trays, Now, this inmate sits down when he uses the restroom, Now, he digs into the fat crevess trying to remove whatever may be the problem of his elment, Now, I've witness this man drop some major loads, which if we're lucky, He may wash his hands afterwards. Now when he passed at the food, He had on, no gloves, no apron, no hair-net, nothing that a guard or normal trustee may wear for this particular job assignment. Now, when it came to my tray. I can swear that I saw two fat, little, stubby fingers slip down the corners of my tray near my mash and the veggies, Now, this was awful and pure discussing, ruin any thought of a delious meal, Now, the guard should've had a trustee doing this job, Or he should've done it himself since he's getting paid to be here, and he at least may have used hand santizer at least once that day.

— Relief 11 — I want monies for protection and security, Since the guard and the Harris County Sheriff's Office may decide to retaliate after the filing of this law suit, I want them to be more hygenic minded, about who they let touch the food. I don't want any other Inmate to have to experience the mental anguish that I went through, cause of this person, I want to know for sure, that my food has not been contaminated by human feses or human waste. Kevin A. Pat

**GROUND** ████

██████████████████████

(2). On 02-29-16 in 1200 Baker Street Houston, TX 77002, 6C-1, Harris County Sheriff's Office,

**FACTS SUPPORTING GROUND** ████

I found a long strain of hair in my brocoili and being served some kind of strange mystery meat. That even the grievance sargent couldn't get a name for from the dinning room over see'ers.

At or around lunch or dinner time. I was just sitting down to eat my meal. I took my first bite of brocoili and a long piece of hair wrapped around my tongue. It was so long and discussing, that I couldn't take another bite and ended up throwing away the rest of it. I was only able to save a small piece of brocoili along with the hair, for the court to see the evidence that it's not my hair. Now, almost every other day, Someone who makes the lunch and dinner schedule. Has some kind of sick imagenation. By serving some kind of strange mystery meat patty. Only reason most inmates such as myself eat this stuff, thats is possible meats Is because we are strawing, for food and energy. They seem to know this. But, the weridest part is, When a grievance sargent tried to find out what kind of meat the kitchen was serving. No one would tell him the answer. So my only guess is soybean, mixed with horse meat, or soybean mixed with the enimies of America? I don't know, every time they serve it, It drive me crazy.

- Relief ( 2 - I want monies for protection, security, and hospital bills. Since, they may decide to retaliate on me for filing this law suit. Plus, this mystery meat may get me sick in the long run.

LL.037

16

**GROUND** ▉▉▉▉ ████████████████████████████

-Relief 12 - I want monies for my mental anguish for having to eat food con-

**FACTS SUPPORTING GROUND** ▉▉▉▉

taminated with human hair, and a mysterious patty that no one knows the type of ingredients inside of it, unless you'rethe ones who make it and order it. I want them to disclose the properties of their food when a high ranking offical asks them. I want them to stop serving that mystery meat and have better awareness of their hygene and of their county employees (inmates and staff). Kevin A. Porter

⑬. On 2-21-16 in 1200 Baker Street Houston, TX 77002, 6C-1, Harris County sheriffs Office, Forced religon thrown apond me nightly.

At or around 10:15pm (almost) every single night. A christian prayer circle is formed, Now, I don't believe Jesus Christ is Lord and saver, and defiently he's not God to me. Now, I don't appreciate this group of people gathering around the entrance of my cell door yelling and talking to a person who I don't think is God. I wouldn't be having such a major problem with this circle of people, If their leader wouldn't try to figure out my religon, curse me with food offerings, and worst of all involve me into their prayers when he says, "And the people inside and outside of the circle." Now, this drives me crazy, cause I have no idea of what type of person this man really is. For all I know, he is some kind of murder, child molester, or drug dealing rapest. I've met him a long time ago when I was young. And didn't want nothing to do with him then and defiently not now. Especially, since I don't hear nothing about my God "Ra'" the African Sun Devil (or to some Ra' the Egyptian Sun God) or Lucifer the Angel of Light! ✦☥

**GROUND** ▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

(13). ⊗ — Now, this is my "Double Team" and with me involve it becomes

**FACTS SUPPORTING GROUND** ▓▓▓▓

a "Triple Threat". So to be totally honest, I really don't need any other Gods or should I say "gods" in my space. I'm aware they have a right to pray to whom ever they wish. But, they violate me when they put me into that prayer. And I really hate it and want it to stop around me.

– Relief 13 – I want monies for protection and security, from this large group of prayer people. Who may decide to retaliate against me, if they ever find out about my law suit ▓▓▓ against them. I want not to be involved into a prayer to someone, who is not Cool to me, I want their leader to stop ▓▓▓ trying to place spiritual "hot coals" on my head through food and drink, and trying to teach his followers to do the same. I want monies to try and help ease this mental anguish put on by inmates, allowed by Harris County Sheriff Office. I want the false prayers to stop in front of me, and my cell door. ▓▓▓▓▓

(14). On 02-11-16 in 1200 Baker Street Houston, TX 77002, SA2A, Harris County Sheriff Office. A falsified "Detention Command Report" was created for me.

At or around 11:58pm, Detention Officer Warren, wrote a falsified detention command Report. She wrote, "that I assaulted an inmate". When in reality, I was self-defending myself from an inmate charge. Cause, I responded too his smart remarks to the guard, I responded about his "momma", He couldn't take the comment and charged me. We started to "fight". Somewhere in the middle of the fight, he ended up busting my nose. So when I wiped off the blood, I ended up slicing

LL037

18

**GROUND** ▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

(14). threw my right nostral, with my thumb nail. A cut so bad, that I had

**FACTS SUPPORTING GROUND** ▓▓▓▓

to be taken to "Ben Taub Hospital". For stiches in my right nostral. To stop

the bleedin, bleeding. Now, I got a scar for the rest of my life. And a ▓▓ false report.

→ Relief 14 - I want monies for protection and security. Since Detention Officer Warren

may decide to retaliate on me behind this lawsuit. I want her to stop making false

"Detention Command Reports," on inmates. Cause, she's upset that, ▓▓▓ certain in-

mate wrote her up a week before for some of her actions. I want her punish for

her actions. I want her moved from that P.O.D. if inmate Johnson is still there.

I want monies for the mental anguish that she's causing me, by trying to mess-up my re-

cord and possibly get ▓ me sent to a rough penatenary cause of her report. I want her to stop

showing favoritizin, to other inmates and be fair, them. ▓▓▓▓

(15). On 02-22-16 in 1200 Baker Street Houston, TX 77002, 6C-1, Harris County

Sheriffs Office. A Detention Officer violated my privaticuy rights toward my inmate

mail privelegdes.

Between 6am and 10pm Detention Officer Lawson, sat a piece of inmate mail

of mines in the window. Where everyone could see my, full name, full spin number,

and my personal private privelegde information. Not only did she do this. She went

as far as to hand my mail to a convicted "A convict" man by the name of

"Zeus"! Now, this man comes to my bunk with my mail in hand and hands it to,

me. Now, I don't know how long he had possesion of it, I don't know if he ▓▓▓

**GROUND:**

███████████████████████████████████████

Copied all my information. I don't know if he shared my information

**FACTS SUPPORTING GROUND:**

with other convicted inmates, or other non-convicted inmates. I don't
know if he's going to misuse my information, and I don't know if he read my private
privelegle information. I don't agree with this at all and think it is so wrong!

- Relief 15 - I want monies for protection and security, since she may decide to retaliate after
the filing of this law suit, I want monies for the mental anguish caused by another inmate (a convicted
one) in possesion of my information and the possible misuse of my name. I want her to check her att
itude toward the way she treats inmates and their mail. I want her punished for her actions. I want
to know and feel secure that my identity didn't get stolen. here. L. Routh

16) At sometime while incarcerated in the Harris County Sheriffs Office, in Houston, TX 77002, I was bitten
by a roach or some kind of bug, and recieved some kind of strange wart on my thumb of my left hand
and some kind of fugus on my right foot.

I'm not sure when any of these abnormities accurred to me but, I know I didn't have any of them when I came
here back in May of 2015. I now have a perminent bald spot in the back right side of my head from
where most likely a roach bit me in 2H-1. It got infected and bled every night, and formed into
a scab every morning. A scab which got ripped off out of nowhere everytime, I couldn't my hands in
that particular spot. I healed the infection by using soap with no water but now I have a bald
spot there, where hair will never grow again, cause of this bite. I also have a wart on my

███████████████████████████████████████
███████████████████████████████████████

16. left thumb. What I touched to make it appear, maybe the mop bucket sink, or the shower, or the toilet, or the bunk. I'm not sure, but something in here caused it. I collected some kind of foot fungus, outside of my bunk, from the floor or the shower most likely.

Relief/6 - I want monies to cover my pain and suffering, due to the Harris County Sheriff's Office, lack of pest control. I want monies to cover any more damages, that may arise from this situation. I want monies to provide protection and security for my well-being. Since, the Harris County Sheriff's Office may decide to retaliate, because of this law suit. I want monies to cover any and all damages, cause ▬▬▬▬▬▬ by the Harris County Sheriff's Office. I want monies to cover any and all expenses created, cause of this law suit caused by the Harris County Sheriff's Office. I want to know if my imminent safety and future safety is protected while I'm incarcerated in the Harris County Sheriff's Office and when I'm release. I want safety for all my witnesses. I want all violaters to be punished righteously and fairly. I want justice! Kevin A. Porter

HARRIS COUNTY SHERIFF'S OFFICE JAIL

Name: Kevin A. Parker

SPN: 01506507        Cell: 66-1

Street: 1200 Baker Street

Houston, Texas 77002

**INDIGENT**

Please Do Not Open Until
Second Envelope Arrives,
1 out of 2 Envelopes.

United States District Court (Clerk)
Southern District of Texas
Post Office Box 61010
Houston, Texas 77208

United States District Court
Southern District of Texas
**FILED**

MAY 1 0 2016

**David J. Bradley, Clerk of Court**

U.S. POSTAGE ⌖ PITNEY BOWES

ZIP 77002  $ 001.57⁰
02 4W
0000334684